UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America, )
)
Plaintiff, ) 2:20-cr-00642-GMS
)
v. ) Phoenix, Arizona
) August 11, 2025
Christopher Michael Fiorentino,)
)
Defendant. )
________________________________)

**BEFORE: THE HONORABLE G. MURRAY SNOW, SENIOR JUDGE**

**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

**SENTENCING**

Official Court Reporter:
Teri Veres, RMR, CRR
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc. 38
Phoenix, Arizona 85003-2151
(602) 322-7251

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

**A P P E A R A N C E S**

For the Government:

UNITED STATES ATTORNEY'S OFFICE
By: **Jacqueline Schesnol, Esq.**
**Benjamin Goldberg, Esq.**
2 Renaissance Square
40 N Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408

For the Defendant:

LAW OFFICE OF BRIAN F. RUSSO
By: **Brian F. Russo, Esq.**
10037 E. Dynamite Boulevard
Suite C101
Scottsdale, Arizona 85262

**P R O C E E D I N G S**

COURTROOM DEPUTY: This is CR20-642, United States of America versus Christopher Michael Fiorentino on for sentencing.

MS. SCHESNOL: Good afternoon, Your Honor, Jacqueline Schesnol and Benjamin Goldberg representing the United States.

MR. RUSSO: Good afternoon, Your Honor, Brian Russo on behalf of Mr. Fiorentino. He is present and not in custody.

THE COURT: All right. We do have the need to reschedule this sentencing, and so it will be rescheduled for August 26th at 9:30.

I don't believe that there's a whole lot of additional preparation to be made since all the matters have been briefed and so new counsel -- or at least substitute -- or joint counsel needs to do some preparation on behalf of the government.

Should defense counsel wish to change counsel, I'm not going to be inclined to grant any additional time since I believe that the matters are fully set forth and counsel can be easily brought up to speed even should counsel be changed prior to the August 26th hearing just so everybody knows.

Any questions?

MS. SCHESNOL: No, Your Honor, thank you.

MR. RUSSO: Thank you. No, Your Honor.

THE COURT: Thank you.

MR. GOLDBERG: Thank you, your Honor.

*(Whereupon the proceedings adjourned.)*

***REPORTER'S CERTIFICATION***

I, TERI VERES, do hereby certify that I am duly appointed and qualified to act as Official Court Reporter for the United States District Court for the District of Arizona.

I FURTHER CERTIFY that the foregoing pages constitute a full, true, and accurate transcript of all of that portion of the proceedings contained herein, had in the above-entitled cause on the date specified therein, and that said transcript was prepared under my direction and control.

DATED at Phoenix, Arizona, this 18th of August, 2025.

s/Teri Veres
TERI VERES, RMR, CRR